# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RAYMOND HARRIS**                                                         **PLAINTIFF**

**v.**                                **No: 4:18-cv-00027 JM-PSH**

**TIM RYALS,** *et al.*                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 21st day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE